**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6893**

———————

KELVIN GOULD,

              Plaintiff - Appellant,

       v.

CITY OF NEWPORT NEWS, VIRGINIA; ARTISHA K. TODD, Assistant
Commonwealth's Attorney for the City of Newport News, VA;
CHARLES E. HADEN,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:10-cv-00286-JBF-FBS)

———————

Submitted: November 30, 2010       Decided: December 6, 2010

———————

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kelvin Gould, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. City of Newport News, No. 2:10-cv-00286-JBF-FBS (E.D. Va. June 23, 2010). We deny Gould's motions for discovery and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED